[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  14-10763
Non-Argument Calendar

_____

D. C. Docket No. 7:13-cr-00041-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN RAMIREZ-SOLORIO,
a.k.a. Martin Selorio Ramirez,
a.k.k. Jose Martin Rameriz,
a.k.a., Martin Ramirez-Soloredo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(October 23, 2014)

Before HULL, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Oliver R. Register, appointed counsel for Martin Ramirez-Solorio in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Solorio's conviction and sentence are **AFFIRMED**.